In the United States District Court
For the Eastern District of Pennsylvania

| | | |
|---|---|---|
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA**, | : | No. 26-cr-286-JMY-1 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **JERMAINE COLEMAN**, | : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 23rd day of June, 2026, upon consideration of the Notice of Removal (ECF No. 1) filed by Defendant Jermaine Coleman, and for the reasons set forth in the accompanying memorandum filed along with this Order, it is hereby **ORDERED** that said Notice of Removal is **DENIED** and this action is remanded to the Delaware County Court of Common Pleas.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge